AO 93 (Rev. 5/85) Search Warrant

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 20 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

45 Spring House Lane
Berryville, Virginia

**SEARCH WARRANT**

CASE NUMBER: 3:06M00198

TO: Daniel J. Rolince _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ Daniel J. Rolince _____ who has reason to
                                                            Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)

in the _____ Western _____ District of _____ Virginia _____ there is now
concealed a certain person or property, namely (describe the person or property)
45 Spring House Lane
Berryville, Virginia

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ Oct 26, 2006 _____
                                                                                Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this
warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find
reasonable cause has been established), and if the person or property be found there to seize same, leaving a
copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or
property seized and promptly return this warrant to _____ B. Waugh Crigler _____
as required by law.                                                      U.S. Judge or Magistrate

10-16-06  10:51 AM _____ at _____ C'ville, Va _____
Date and Time Issued                                    City and State

/s/ B. Waugh Crigler USMJ          /s/
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>10/16/2006 | DATE AND TIME WARRANT EXECUTED<br>10/19/2006 0920 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Robert Kern |
| INVENTORY MADE IN THE PRESENCE OF Robert Kern | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

Items listed on Attachment 1 and 2.

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_Allen C Hindley_

Subcribed, sworn to, and returned before me this date.

_[signature]_  10-23-06

U.S. Judge or Magistrate    Date

**DEPARTMENT OF THE INTERIOR**
**U.S. FISH AND WILDLIFE SERVICE**
**DIVISION OF LAW ENFORCEMENT**

# PROPERTY RECEIPT

**RECEIVED/SEIZED FROM:** Robert Kern

**DATE AND TIME OF RECEIPT:** 10-19-06  16:15

**FILE NUMBER:** 2005202810

**RECEIVED/SEIZED BY:** SA Don Rolince

**LOCATION:** 45 Spring House Ln, Berryville, VA

| ITEM NO. | DESCRIPTION: |
|---|---|
| 1 | ST #654624  2002-2005 client records/bank records binders, calendars binder, marketing material, USF&S binder |
| 2 | ST #654628  Box of photos (Russia 11 boxes), video tapes (5), display photos, mice (2), photo/video (3 CDs, 1 DVD), promo CDs (5), 120 GB WD hard drive |
| 3 | ST #654627  2001 bank records binder |
| 4 | ST #654626  2006 client files, 2005-06 bank records |
| 5 | ST #654629  Informational materials, Internet articles |
| 6 | ST #744759  Documents printed by Amy Proffitt |
| 7 | ST #744753  Intova CPU |
| 8 | ST #654630  Promo CPU |
| 9 | ST #744712  financial records, USF&S binder, Conservation Comm, US financial records, videos CDs, Russia map, taxidermist notes, rolodex, state laws (12 books) |
| 10 | ST #744760  Photo negatives (from bedroom) |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**OFFICER:** Don Rolince
**WITNESS:**

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

**SIGNATURE:**

FORM 3-155 (9/81)

# PROPERTY RECEIPT

**DEPARTMENT OF THE INTERIOR**
**U.S. FISH AND WILDLIFE SERVICE**
**DIVISION OF LAW ENFORCEMENT**

**RECEIVED/SEIZED FROM:** Robert Kern

**DATE AND TIME OF RECEIPT:** 10-10-06  1615

**FILE NUMBER:** 2005202810

**RECEIVED/SEIZED BY:** SA Dan Rolince

**LOCATION:** 45 Spring House Ln, Berryville, VA

| ITEM NO. | DESCRIPTION: |
|---|---|
| 1 | ST #744762 Encase image of PC1 hard drive |
| 2 | ST #869116 Encase image of PC6, USB-6cu, ZIP1, ZIP2 |
| 3 | ST #869117 Encase image of PC4 |
| 4 | ST #869118 Encase image of PC2 |
| 5 | ST #744763 MD5 raw image of PC7 |
| 6 | ST #744764 MD5 raw image of PC5 |
| 7 | ST #744765 MD5 raw image of PC3, PC4 USB HD |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**OFFICER:** Dan J Rolince

**WITNESS:**

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

**SIGNATURE:**

FORM 3-155 (9/81)

ATTACHMENT A

1. The business at **45 Spring House Lane, Berryville, Virginia,** is located in a residential home at the east end of Spring House Lane on the south side of the road. Spring House Lane intersects Hawthorne Lane. Hawthorne Lane, in turn, intersects Virginia Route 7 (also known as Harry Byrd Highway) approximately 3.7 miles east of U.S. Route 340 (also known as Lord Fairfax Highway) in Berryville, Virginia. If U.S. Route 340 is taken north from Berryville, Virginia, it crosses the West Virginia State line; if taken south, it crosses U.S. Route 17.

2. 45 Spring House Lane is described as a two-story, gray, home with white trim and a light black asphalt shingled roof. It has a wrap-around porch with a spindle rail and a dark brown wood front door with side panels. The door and both side panels have glass windows. A two-car garage is on the right side of the home when facing the property from Spring House Lane. The entrance to the garage faces to the right. There is also a brick chimney on the right side of the home. A dark brown, three-rail fence runs the length of the front and right sides of the property. The number "45" is displayed on the top rail of the fence behind the mailbox and newspaper box on a white sign; the numerals are black. The rear of the property contains a variety of full grown trees.

## 45 Spring House Lane, Clarke County, Berryville, Virginia



## ATTACHMENT B

**Description of Items to be Seized and Analyzed:**

1. For the period January 1994, through the present, business records related to the acquisition, taking, purchase, sale, packaging, storage, transportation, or distribution of wildlife guide or booking services, wildlife or wildlife parts, including but not limited to ledgers, canceled checks, receipts, shipping documents, price lists, invoices, customer and service lists, quality control records, log books, journals, facsimile letters, notes, address books, advertising flyers and catalogues, diaries, correspondence, photographs, videotapes, DVDs, e-mails, permits, licenses, telephone records, airway bills, inventories, and wire transfer records.

2. Any records and documents pertaining to Russian hunting laws, the Lacey Act, and laws concerning the importation of wildlife into the United States from Russia.

3. Computers and computer peripheral equipment commonly used in the daily transactions related to the acquisition, taking, purchase, sale, packaging, storage, transportation, or distribution of wildlife guide or booking services, wildlife or wildlife parts, including but not limited to monitors, desktop computers, laptop computers, copiers, printers, keyboards, mouse and connecting cables.

4. Any and all information and/or data stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer or with the aid of computer related equipment related to the acquisition, taking, purchase, sale, packaging, storage, transportation, or distribution of wildlife guide or booking services, wildlife or wildlife parts. This media includes floppy diskettes, fixed hard disks, external hard drives, portable memory devices, PDAs, CD/DVD ROMs, scanners, and modems, removable hard disk cartridges, magnetic tapes, laser disks, videocassettes, and other media, which is capable of storing magnetic

coding.

5. Any and all instructions or programs stored in the form of magnetic media, which are capable of being interpreted by a computer, or related components. The items to be seized could include operating systems, application software, utility programs, compilers, interpreters, and other programs or software used to communicate with computer hardware or peripherals either directly or indirectly via telephone lines, radio, or other means of transmission.

6. Any and all written or printed material which provides instructions or examples concerning the operation of a computer system, computer software, and/or related devices;

7. Computer manuals, documents, logs and system documentation or instructional material including passwords, pass phrases or other material whether handwritten, printed, or in book form, relating to such devices and printers.

8. Electronic communications stored within computers or other processing and storage devices as e-mail related to the acquisition, taking, purchase, sale, packaging, storage, transportation, or distribution of wildlife guide or booking services, wildlife or wildlife parts. Such information and/or communications may be in the form of electronic communications (such as e-mail) residing on any media (e.g. magnetic, optical or digital media). Such information may include electronic communications held or maintained in electronic storage by an electronic communication service or remote computing service as those services are defined within 18 U.S.C. 2703.